FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>CODY EASTERDAY, EASTERDAY RANCHES, INC.,<br><br>    Defendants. | No. 4:21-CV-05050-SAB<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT ORDER** |

    Before the Court is the parties' Joint Motion for Entry of Consent Order, ECF No. 24. The motion was heard without oral argument. Plaintiff is represented by Benjamin E. Sedrish, Ashley J. Burden, and Allison V. Passman. Defendant Easterday Ranches is represented by Thomas Buford.

    Plaintiff and Defendant Easterday Ranches, Inc. indicate they have settled the above-captioned matter and have agreed to a Proposed Consent Order, *see* Ex. A. They indicate the Bankruptcy Court approved the Consent Order on November 17, 2021. Good cause exists to grant the Joint Motion and to also enter the Consent Order.

//

//

**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT ORDER ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Entry of Consent Order, ECF No. 24, is **GRANTED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 16th day of December 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT ORDER ~ 2**